# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### NO. 3:06CR431-1-W

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| **(1) TOMAS MELCHOR-GOMEZ,** ) | |
| ) | |
| **Defendant.** ) | |

THIS MATTER is before the Court upon motion of the United States of America (Doc. No.32) for leave <u>without prejudice</u> to dismiss Count 3 of the above-captioned Bill of Indictment and to strike surplusage -- to wit, the words "one loaded Star .380 caliber pistol and ammunition" – from Count Four of the Bill of Indictment.

Leave to dismiss Count 3 <u>without prejudice</u> is granted, and Count 3 is hereby dismissed <u>without prejudice</u>. Likewise, the words "one loaded Star .380 caliber pistol and ammunition" are hereby stricken from Count 4.

This Order only applies to Defendant Tomas Melchor-Gomez and <u>not</u> to Co-defendant Runolfo Romero-Gomez.

IT IS SO ORDERED.

Signed: June 6, 2007

Frank D. Whitney
United States District Judge